IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:16 CR 516 |
| Plaintiff, | ORDER SCHEDULING SENTENCINGS<br>October 19–21, 2020 |
| -vs- | JUDGE JACK ZOUHARY |
| Alan Andrew Beauchamp, et al., | |
| Defendants. | |

This Court will hold Sentencing Hearings on Monday, Tuesday, and Wednesday, October 19, October 20, and October 21 in Courtroom 1351 at the United States Court in Dallas as follows:

Monday, October 19
8:45 AM     Wilton Burt (4)
10:15 AM    Iris Forrest (18)
1:15 PM     Shawn Henry (13)
2:45 PM     Jackson Jacob (8)

Tuesday, October 20
8:45 AM     Douglas Sung Won (9)
10:15 AM    Mrugeshkumar Kumar Shah (14)
1:15 PM     Michael Rimlawi (10)
2:45 PM     Wade Barker (3)

Wednesday, October 21
8:45 AM     Frank Gonzales, Jr. (16)
10:15 AM    David Daesung Kim (11)
1:15 PM     Israel Ortiz (17)
2:45 PM     Alan Beauchamp (1)

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

September 14, 2020